**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Criminal No. |
| ) | 07-40016-FDS |
| **RICHARD A. KELLER, JR.,** ) | |
| ) | |
|     **Defendant.** ) | |

**ORDER ON DEFENDANT'S MOTION TO**
**REVOKE OR AMEND DETENTION ORDER**

Upon *de novo* review, and after a review of the record, defendant's Motion for Revocation or Amendment of Detention Order is denied in all respects. By clear and convincing evidence, the government has demonstrated that the defendant poses a danger to the community, and by a preponderance of the evidence, the government has demonstrated that defendant poses a serious risk of flight. *See* 18 U.S.C. §§ 3142(e), (f).

The motion is accordingly DENIED.

**So ordered.**

                                                                /s/ F. Dennis Saylor IV
                                                                F. Dennis Saylor IV
                                                                United States District Judge

Dated: January 9, 2008